# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |  |
|---|---|---|
| MARIO BLACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-13-1230-F |
| | ) | |
| GARFIELD CO. JAIL; | ) | |
| JERRY NILES, Sheriff; and | ) | |
| NANCY, Jail Administrator, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation on June 2, 2014, recommending that this action be dismissed without prejudice as a result of plaintiff's failure to advise the court of an apparent change of address.

Plaintiff has not filed an objection within the time prescribed by the Report and Recommendation. The record reflects that the Report and Recommendation was returned as undeliverable. Pursuant to Rule 5.4(a) of the court's Local Civil Rules, papers sent by the court will be deemed delivered if sent to the last known address given to the court. With no objection to the Report and Recommendation being filed within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell on June 2, 2014 (doc. no. 20) is **ACCEPTED**,

**ADOPTED** and **AFFIRMED**. The above-entitled action is **DISMISSED WITHOUT PREJUDICE**.

DATED June 24, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-1230p001.wpd